IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| ANTILUS DESPINASSE *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | CIVIL NO. JKB-15-2099 |
| ANGELA ANN SEMENCHENKO, | * | |
| Defendant | * | |
|  | * | |
| ANGELA ANN SEMENCHENKO | * | |
| Third Party Claimant | * | |
| v. | * | |
| MARYLAND STATE HIGHWAY ADMINISTRATION | * | |
|  | * | |
| Third Party Defendant | | |

\* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

Now pending before the Court is the State of Maryland's MOTION TO DISMISS THIRD PARTY COMPLAINT AGAINST MARYLAND STATE HIGHWAY ADMINISTRATION (ECF No. 12). Ms. Semenchenko, the Third Party Claimant, has responded (ECF No. 13). No hearing is necessary to resolve this Motion.

This claim is barred by the Eleventh Amendment to the United States Constitution. The State of Maryland and its constituent agencies enjoy immunity from suit in Federal Court. While it is true that the State has created a limited waiver of its sovereign immunity by adopting the Maryland Tort Claims Act, that waiver is limited to suits brought in State Court. *See* Md. Code

Annotated, State Government § 12-104(a)(1); *Weller v. Dept. of Social Services*, 901 F.2d 387, 397 (4th Cir. 1990) (Maryland Tort Claims Act effectively waives immunity in certain settings, but waiver limited to actions brought in Maryland State Courts).

Accordingly, this Court is without authority to entertain Ms. Semenchenko's third party claims against the Maryland State Highway Administration. An Order will enter dismissing this third party claim.

DATED this 27th day of October, 2015.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge